PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PAUL HUGHES,<br><br>　　　　　　　Defendant. | CASE NO. 2:24-CR-00244-TLN<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO ISSUE ARREST WARRANT** |

　　　Plaintiff United States of America, by and through its counsel of record, and defendant Paul Hughes, by and through his counsel of record, hereby stipulate as follows:

　　　1.　　On August 19, 2024, an Information was filed charging Hughes with three counts of 18 U.S.C. §2251(a) – Sexual Exploitation of a Minor. ECF 1.

　　　2.　　Hughes has already signed a plea agreement in relation to the Information and intends to plead guilty to Count 3 of the Information. The fully executed plea agreement is attached as Exhibit A.

　　　3.　　The parties jointly request an arrest warrant because Hughes is currently in pretrial custody in a case pending in Placer County Superior Court, and an arrest warrant is necessary to bring him into federal custody for arraignment/waiver of indictment on the Information.

　　　4.　　The parties stipulate that, due to Hughes already signing the plea agreement and stipulating to the factual basis thereto, the plea agreement establishes probable cause to believe that an

**Stipulation and Order**

offense has been committed and that the defendant committed it.  Therefore, probable cause supports the Information and an arrest warrant should be issued.

      IT IS SO STIPULATED.

Dated:  August 20, 2024                        PHILLIP A. TALBERT
                                                  United States Attorney

                                                  /s/ Denise N. Yasinow
                                                  Denise N. Yasinow
                                                  Assistant United States Attorney


Dated:  August 20, 2024                        /s/ Martin Jones
                                                  Counsel for Defendant
                                                  Paul Hughes

**Stipulation and Order**

**[~~PROPOSED~~] FINDINGS AND ORDER**

Having read and considered the papers submitted, the Court GRANTS the parties' request and FINDS as follows:

1. On August 19, 2024, an Information was filed charging defendant Paul Hughes with three counts of 18 U.S.C. §2251(a) – Sexual Exploitation of a Minor.

2. Hughes has already signed a plea agreement in relation to the Information and intends to plead guilty to Count 3 of the Information.

3. Due to Hughes already signing the plea agreement and stipulating to the factual basis thereto, the plea agreement establishes probable cause to believe that an offense has been committed and that the defendant committed it. Therefore, probable cause supports the Information and an arrest warrant should be issued.

Accordingly,

IT IS HEREBY ORDERED that the Clerk of Court shall issue an arrest warrant for defendant Paul Hughes.

IT IS SO FOUND AND ORDERED this 21st day of August, 2024.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**Stipulation and Order**