Martin A. Jones, SBN 250598
Chastaine | Jones
3009 Douglas Blvd., Ste. 150
Roseville, CA 95677
Telephone: (916) 932-7150
Facsimile: (916) 931-1944

Attorney for Defendant
Paul Hughes

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-00244-TLN |
| Plaintiff, | **AMENDED STIPULATION TO CONTINUE SENTENCING; ORDER** |
| v. | DATE: January 30, 2025 |
| PAUL HUGHES, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy A. Nunley |

**STIPULATION**

Defendant PAUL HUGHES, both individually and by and through his counsel of record, MARTIN JONES, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, PAUL HUGHES was set for sentencing on January 30, 2025.
2. By this stipulation, the parties move to continue the sentencing as to defendant PAUL HUGHES until April 10, 2025.
3. There was a delay in interviewing the defendant caused by a fire at the jail the day of the previously scheduled interview, causing a lockdown. The interview has been rescheduled for January 27th, and as a result counsel for both parties require additional time to investigate matters that may affect the sentence.

/ / /

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Judgment and sentencing date: | 4/10/2025, at 9:30 a.m. |
| Reply or statement of non-opposition: | 4/3/2025 |
| Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | 3/27/2025 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | 3/20/2025 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 3/13/2025 |
| The Proposed Pre-Sentence Report shall be disclosed to counsel no later than: | 2/20/2025 |
| Copies of this schedule given this date in court to: | AUSA − Defense Counsel − USPO |

IT IS SO STIPULATED.

Dated: January 27, 2025

/s/ **Martin A. Jones**
MARTIN A. JONES
Counsel for Defendant
PAUL HUGHES

Dated: January 27, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ **Denise Yasinow**
DENISE YASINOW
Assistant United States Attorney

Stipulation to Continue Sentencing

2

**ORDER**

IT IS SO FOUND AND ORDERED this 28th day of January, 2025.

_____
Troy L. Nunley
Chief United States District Judge