MICHELE BECKWITH
Acting United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL HUGHES,<br><br>    Defendant. | CASE NO. 2:24-CR-00244-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

   Plaintiff United States of America, by and through its counsel of record, and defendant Paul Hughes, by and through his counsel of record, hereby stipulate as follows:

   1.   By previous order, sentencing was set for April 10, 2025. ECF 23.

   2.   Government counsel has a conflict with the April 10 date due to the upcoming Passover holiday. Defense counsel also requests more time in order to review the draft PSR with his client.

   3.   By this stipulation, the parties now move to continue sentencing to May 8, 2025. The Court's courtroom deputy has advised the parties that this date is available.

   4.   The parties propose the following PSR schedule:

   Judgment and sentencing date: **5/8/2025, at 9:30 a.m.**

   Reply or statement of non-opposition: 5/1/2025

   Formal objections to Final PSR: 4/24/2025

**Stipulation and Order**

Final PSR:  4/17/2025

Informal objections to Draft PSR:  4/10/2025

Draft PSR:  Already filed

IT IS SO STIPULATED.

Dated:  March 19, 2025                                   MICHELE BECKWITH
                                                                              Acting United States Attorney

                                                                              /s/ Denise N. Yasinow
                                                                              Denise N. Yasinow
                                                                              Assistant United States
                                                                              Attorney

Dated:  March 19, 2025                                    /s/ Martin Jones
                                                                               Counsel for Defendant
                                                                               Paul Hughes

**Stipulation and Order**

**ORDER**

IT IS SO FOUND AND ORDERED this 20th day of March 2025.

_____
Troy L. Nunley
Chief United States District Judge