KIMBERLY A. SANCHEZ
Acting United States Attorney
DENISE N. YASINOW
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:24-CR-00244-TLN |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| PAUL HUGHES, | |
| Defendant. | |

On December 2, 2024, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a), based upon the plea agreement entered into between plaintiff and defendant Paul Hughes forfeiting to the United States the following property:

    a.   Seagate External HDD, Serial Number: NAC83BAR.

Beginning on December 5, 2024, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the above-described property:

a.    Stephanie Hughes: A notice letter was sent via certified mail to Stephanie Hughes at 255 Jeffrey Place, Colfax, CA 95719 on December 4, 2024.  The certified mail envelope was returned to the U.S. Attorney's office as "no mail receptacle, unable to forward" on December 12, 2024.

b.    Stephanie Hughes: A notice letter was sent via certified mail to Stephanie Hughes at 2486 S. Whitney Blvd, Rocklin, CA 95677 on December 4, 2024.  The certified mail envelope was returned to the U.S. Attorney's office as "unclaimed" on December 31, 2024.

c.    Stephanie Hughes: A notice letter was sent via certified mail to Stephanie Hughes at P.O. Box 437, Colfax, CA 95713 on December 4, 2024.  The certified mail envelope has not been returned to the U.S. Attorney's office.  The USPS Tracking Results show the certified mail envelope is "moving through network."

d.    Stephanie Hughes: A notice letter was sent via certified mail to Stephanie Hughes at P.O. Box 437, Colfax, CA 95713 on January 16, 2025.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed.  The USPS Tracking Results show the certified mail envelope was picked up at the Post Office on January 22, 2025.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.    A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of Paul Hughes and Stephanie Hughes.

2.    All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.    The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 30th day of July, 2025.

_____
Troy L. Nunley
Chief United States District Judge